**No. 09-10544. Christopher Ysais, Petitioner v. New Mexico, et al.**

562 U.S. 1086, 131 S. Ct. 689, 178 L. Ed. 2d 518, 2010 U.S. LEXIS 9161.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 846, 131 S. Ct. 88, 178 L. Ed. 2d 56, 2010 U.S. LEXIS 5824.